Dismissed and Opinion filed June 12, 2003









Dismissed and Opinion filed June 12, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00617-CR

____________

 

SHANE
JERMAINE MATTHEWS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 405th District Court

Galveston
County, Texas

Trial
Court Cause No. 02CR1159

 



 

M
E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of
aggravated assault with a deadly weapon and sentenced on March 14, 2003, to
five years= incarceration in the Texas
Department of Criminal Justice, Institutional Division.  Appellant=s notice of appeal was not filed
until April 17, 2003.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed June 12, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.

Do Not Publish C Tex. R.
App. P. 47.2(b).